# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Duran Thomas #377569

v.

(Full name of defendant(s))

Sgt. Aaron Bamke

Sgt. Matthew Haupt

Lt. Michael Cole

Case Number:

_____

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
(State)
2833 Riverside Drive, GreenBay WI 54301
GreenBay Correctional Institution,
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Aaron Bamke
(Name)
is (if a person or private corporation) a citizen of United States/Wisconsin

—Continuation of Defendants

3. Defendant - Matthew Haupt - is a citizen of United States/Wisconsin, Worked for GreenBay Correctional Institution, 2833 Riverside Drive, GreenBay WI 54301

4. Defendant - Michael Cole - is a citizen of the United States/Wisconsin, Worked for GreenBay Correctional Institution, 2833 Riverside Drive, Green Bay WI 54301

(State, if known)

and (if a person) resides at  N A
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Green Bay Correctional Institution, 2833 Riverside Drive
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The plaintiff Duran Thomas #377569 is an inmate at GreenBay Correctional Institution. On November 23, 2022, while housed in cell #401 of the 'Restrictive Housing Unit' I started to cough, choke and have problems breathing from 'OC gas' that was being used on another inmate nearby. After several minutes I attempted to use the water from my sink when I discovered that the cold water did not work and the hot water barely worked. I then tried calling out to staff several times that I needed medical attention but I was ignored by all that heard me. I started kicking my celldoor

hoping this would get someone's attention. It did. Sgt. Aaron Bamke was immediately at my cell front asking why I was kicking, through my coughing and choking I told him I needed medical/asthma pump and that my water did not work. Sgt. Bamke stated that he was aware of the water problem and refused me medical attention and then started threatening me with punishment for kicking my cell door when I needed help. I then informed Sgt. Matthew Haupt and Lt. Michael Cole of Sgt. Bamke's deliberate indifference, of my water not working and that I needed medical attention and they too deliberately did nothing to resolve the issue's. Due to their actions I suffered from the 'oc gas' and eventually from 'dehydration' the time I spent in the cell and my 8th and 14th amendment rights were violated by Sgt. Aaron Bamke, Sgt. Matthew Haupt and Lt. Michael Cole's refusal of medical help or a cell change and I seek damages from the 3 above individuals/defendants.

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $150,000.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

IF I were to win my lawsuit I am requesting the court to award me $50,000 (Fifty thousand) from each defendant. I am also requesting the termination of Sgt. Aaron Bamke and Sgt. Matthew Haupt to help better the institution.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☑ – YES        ☐ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __24th__ day of __April__ 20__23__.

   Respectfully Submitted,

   __Duran Thomas__
   Signature of Plaintiff

   __#377569__
   Plaintiff's Prisoner ID Number


   __GreenBayCorrectional Institution, P.O BOX 19033, GreenBay, WI 54305__
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.