# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

DURAN THOMAS,
      Plaintiff,

v.                                    CASE NUMBER: 23-CV-0524

AARON BAMKE, et al.,
      Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this case is **DISMISSED without prejudice** for failure to exhaust administrative remedies.

| | |
|---|---|
| 4/1/2024 | Gina M. Colletti |
| Date | Clerk |
| | /s/ Alexis H. |
| | (By) Deputy Clerk |